1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11  STEPHEN GARCIA,            ) Case No. CV 10-7274 DSF(JC)
                               )
12            Petitioner,      )
                               ) ORDER ADOPTING FINDINGS,
13       v.                    ) CONCLUSIONS, AND
                               ) RECOMMENDATIONS OF
14  PEOPLE OF THE STATE OF     ) UNITED STATES MAGISTRATE
    CALIFORNIA, et al.,        ) JUDGE
15                             )
            Respondents.       )
16                             )
   _____ )
17

18       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ
19  Habeas Corpus by a Person in State Custody (the "Petition"), all of the records
20  herein, and the attached Report and Recommendation of United States Magistrate
21  Judge. The Court approves and adopts the United States Magistrate Judge's
22  Report and Recommendation.
23       IT IS ORDERED that Judgment be entered denying the Petition and
24  dismissing this action without prejudice.
25  ///
26  ///
27  ///
28

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  United States Magistrate Judge's Report and Recommendation, and the Judgment
3  herein on petitioner and on any counsel for respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.
5  1/31/11
6  DATED: _____

*/s/ Dale S. Fischer*
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE