1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN GARCIA, | ) | Case No. CV 10-7274 DSF(JC) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | ) ) ) | |
| Respondents. | ) ) | |
| _____ | ) | |

   Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

           1/31/11
   DATED: _____

                              /s/ Dale S. Fischer
                              _____
                              HONORABLE DALE S. FISCHER
                              UNITED STATES DISTRICT JUDGE